1 | P. RANDALL NOAH, ESQ. (SBN 136452)
LAW OFFICE OF P. RANDALL NOAH
2 | 21 Orinda Way, Ste. C, #316
Orinda, California 94563
3 | Telephone:    (925) 253-5540
Facsimile:     (925) 253-5542
4
Attorney for Plaintiff
5 | MAUREEN DUVERGER

6
THOMAS M. HERLIHY, ESQ. (SBN 83615)
7 | CHRISTINA R. VAN WERT, ESQ. (SBN 242741)
WILSON, ELSER, MOSKOWITZ,
8 | EDELMAN & DICKER LLP
525 Market Street, 17th Floor
9 | San Francisco, California 94105-2725
Telephone:    (415) 433-0990
10 | Facsimile:     (415) 434-1370

11 | Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA
12

13 |                  UNITED STATES DISTRICT COURT

14 |                  NORTHERN DISTRICT OF CALIFORNIA

15

16 | MAUREEN DUVERGER,            ) Case No.  C 09-05229 CW
                                 )
17 |            Plaintiff,        ) **STIPULATION AND ORDER**
                                 ) **DISMISSING ENTIRE ACTION WITH**
18 |       v.                    ) **PREJUDICE**
                                 )
19 | UNUM LIFE INSURANCE COMPANY OF )
AMERICA,                          )
20 |                              )
              Defendant.          )
21 | _____)

22 |       The parties to this matter have settled their dispute.  Accordingly, IT IS HEREBY

23 | STIPULATED by and between the parties to this action, through their designated counsel, that the

24 | above-captioned action be and hereby is dismissed with prejudice and in its entirety pursuant to

25 | Fed. R. Civ. Pro. 41(a)(1).  Each party is to bear their own attorneys' fees and costs.

26 | ///

27 | ///

28

1

STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
United States District Court, Northern District of California, Case No. C 09-05229 CW

554489.1

**SO STIPULATED:**

                                      LAW OFFICE OF P. RANDALL NOAH

Dated: June 18, 2010          By___ _/s/_P. Randall Noah_____
                                        P. Randall Noah
                                        Attorney for Plaintiff
                                        MAUREEN DUVERGER

                                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: June 18, 2010          By___/s/ Christina R. Van Wert_____
                                        Christina R. Van Wert
                                        Attorneys for Defendant
                                        UNUM LIFE INSURANCE COMPANY OF AMERICA

**ORDER**

**IT IS SO ORDERED:**

_____
CLAUDIA WILKEN, JUDGE
UNITED STATES DISTRICT COURT

2

STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE
United States District Court, Northern District of California, Case No. C 09-05229 CW

554489.1